**Donald HELMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35613.**

Missouri Court of Appeals,
Western District.

Sept. 25, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 27, 1984.

Joseph H. Locascio, Sp. Public Defender, John M. Torrence, Asst. Sp. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P.J., and PRITCHARD and LOWENSTEIN, JJ.

#### ORDER

PER CURIAM:

Appeal from denial without an evidentiary hearing of Rule 27.26 motion to vacate a jury trial conviction for murder in the second degree and sentence of forty years,

entered by the court upon recommendation of the jury.

Affirmed. Rule 84.16(b).